AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| Mollie Piron et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | )  Case No. 3:19-cv-00709-REP |
| General Dynamics Information Technology, Inc. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant General Dynamics Information Technology, Inc.

Date: 01/04/2022

/s/ Fiona R. Moran
*Attorney's signature*

Fiona R. Moran, Va. Bar No. 84235
*Printed name and bar number*

Davis Polk & Wardwell LLP
901 15th Street, NW
Washington, DC 20005

*Address*

fiona.moran@davispolk.com
*E-mail address*

(202) 962-7137
*Telephone number*

(202) 962-7103
*FAX number*