# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Richmond Division

MOLLIE PIRON, STEPHANIE MERINO, BOUNSOU THAMVANTHONGKHAM, and CHRISTINA BEECROFT on behalf of themselves and all others similarly situated,

        Plaintiffs,

v.

GENERAL DYNAMICS INFORMATION TECHNOLOGY, INC.,

        Defendant.

CASE NO. 3:19-cv-00709-REP

## JOINT MOTION FOR FINAL APPROVAL OF SETTLEMENT

Plaintiffs Mollie Piron, Stephanie Merino, Bounsou Thamvanthongkham, and Christina Beecroft ("Plaintiffs") and Defendant General Dynamics Information Technology, Inc. ("Defendant" or "GDIT") (collectively with Plaintiffs, the "Parties" and, each individually, a "Party"), by and through the undersigned counsel, respectfully submit this joint motion for a final order approving the Settlement following the Fairness Hearing, and granting related relief.

The grounds for this Joint Motion are set forth in the accompanying Memorandum of Law. A Proposed Order for final approval of the Settlement is filed with this Joint Motion.

WHEREFORE, the Parties respectfully request that the Court enter an Order granting the Motion in its entirety, and all other relief the Court deems just and proper.

DATED: September 16, 2022

Respectfully submitted,

| /s/ *Edward E. Bagnell, Jr.* | /s/ *Fiona R. Moran* |
|---|---|
| Edward E. Bagnell, Jr., Esquire (VSB #74647)<br>Robert H. Chappell, Esquire (VSB # 31698)<br>Jennifer J. West, Esquire (VSB #47522)<br>Kasey L. Hoare (VSB # 92289)<br>SPOTTS FAIN PC<br>411 East Franklin Street, Suite 600<br>Richmond, Virginia 23219<br>Telephone: (804) 697-2000<br>Facsimile: (804) 697-2100<br>Email: ebagnell@spottsfain.com<br>Email : rchappell@spottsfain.com<br>Email : jwest@spottsfain.com<br>Email : khoare@spottsfain.com<br><br>Jack A. Raisner<br>René S. Roupinian<br>Isaac Raisner<br>RAISNER ROUPINIAN LLP<br>270 Madison Avenue, Suite 1801<br>New York, New York 10116<br>Telephone: (212) 221-1747<br>Email: jar@ raisnerroupinian.com<br>Email: rsr@ raisnerroupinian.com<br>Email: isr@raisnerroupinian.com<br><br>*Attorneys for Plaintiffs and the Class* | Fiona R. Moran (VSB # 84235)<br>DAVIS POLK & WARDWELL LLP<br>901 15th Street, N.W.<br>Suite 1200<br>Washington, D.C. 20005<br>Telephone: (202) 962-7000<br>Facsimile: (202) 962-7111<br>Email: fiona.moran@davispolk.com<br><br>Paul S. Mishkin (admitted pro hac vice)<br>Craig J. Bergman (admitted pro hac vice)<br>Marie Killmond (admitted pro hac vice)<br>DAVIS POLK & WARDWELL LLP<br>450 Lexington Avenue<br>New York, New York 10017<br>Telephone: (212) 450-4000<br>Facsimile: (212) 701-5800<br>Email: paul.mishkin@davispolk.com<br>Email: craig.bergman@davispolk.com<br>Email: marie.killmond@davispolk.com<br><br>*Attorneys for Defendant General Dynamics Information Technology, Inc.* |

## **CERTIFICATE OF SERVICE**

       I hereby certify that on the 16th day of September, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record as follows:

Fiona R. Moran
DAVIS POLK & WARDWELL LLP
901 15th Street, N.W., Suite 1200
Washington, D.C. 20005
Telephone: (202) 962-7000
E-mail: fiona.moran@davispolk.com

Paul S. Mishkin
Craig J. Bergman
Marie Killmond
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
E-mail: paul.mishkin@davispolk.com
E-mail: craig.bergman@davispolk.com
Email: marie.killmond@davispolk.com

*Attorneys for Defendant General Dynamics Information Technology, Inc.*

                                                  /s/ *Edward E. Bagnell, Jr.*
                                                  Edward E. Bagnell, Jr. (VSB #74647)
                                                  SPOTTS FAIN PC
                                                  411 East Franklin Street, Suite 600
                                                  Richmond, Virginia 23219
                                                  Telephone: (804) 697-2000
                                                  Facsimile: (804) 697-2100
                                                  Email: ebagnell@spottsfain.com
                                                  *Attorney for Plaintiffs and the Class*